MARY W. OSBORN et al., as Executors of EZRA A. OSBORN, Deceased, Respondents, *v.* THE MONTELAC PARK et al.; CHESTER HUNTINGTON, as Receiver, etc., Appellant.

*Osborn* v. *Montelac Park,* 89 Hun, 167, affirmed.
(Argued June 11, 1897; decided June 25, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered November 12, 1895, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Francis Lawton* and *Charles S. Noyes* for appellant.

*Eldon Bisbee* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.